# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 13-21035-AMC

FRENKIE P. GULTON
SATIMAH FNU
1733 S. DOVER STREET

PHILADELPHIA, PA 19145

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    FRENKIE P. GULTON
    SATIMAH FNU
    1733 S. DOVER STREET

    PHILADELPHIA, PA 19145

Counsel for debtor(s), by electronic notice only.

    CHRISTIAN A DICICCO
    2008 CHESTNUT ST

    PHILADELPHIA, PA 19103

Date: 12/8/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee