### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frenkie P. Gulton and Satimah Fnu<br>   Debtor(s) | CHAPTER 13<br><br>BKY. NO. 13-21035 AMC |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION, (Trustee for Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982), as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8035

    Respectfully submitted,

**/s/Thomas Puleo, Esquire**
Thomas Puleo, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406