Certificate Number: 05781-PAE-DE-031902497

Bankruptcy Case Number: 13-21035



05781-PAE-DE-031902497

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 13, 2018</u>, at <u>6:12</u> o'clock <u>PM PST</u>, <u>Frenkie Gultom</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 13, 2018</u>          By:   <u>/s/Allison M Geving</u>

                                                                Name:   <u>Allison M Geving</u>

                                                                 Title:   <u>President</u>