Certificate Number: 05781-PAE-DE-031902498

Bankruptcy Case Number: 13-21035



05781-PAE-DE-031902498

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 13, 2018, at 6:12 o'clock PM PST, Satimah Fnu completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 13, 2018            By:   /s/Allison M Geving

                                     Name: Allison M Geving

                                     Title: President