United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 13-21035-amc
Frenkie P. Gulton                                                   Chapter 13
Satimah Fnu
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Randi                  Page 1 of 3                  Date Rcvd: Jun 13, 2019
                               Form ID: 138NEW              Total Noticed: 55
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db/jdb         +Frenkie P. Gulton,    Satimah Fnu,    1733 S. Dover Street,    Philadelphia, PA 19145-1619
13215771       +AMEX DSNB,    9111 DUKE BLVD,    MASON, OH 45040-8999
13215769       +American Express,    PO BOX 3001,    16 GENERAL WARREN BLVD,    MALVERN, PA 19355-1245
13231737       +American Honda Fin. Corp.,    c/o William E. Craig, Esq.,    Morton & Craig LLC,
                 110 Marter Ave., Ste. 301,    Moorestown, NJ 08057-3125
13310993       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13215778       +CAP1/BSTBY,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
13215783      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Citibank Usa,     CITICORP CREDIT SERVICES/ATTN:CENTRALIZE,
                 PO BOX 20507,    KANSAS CITY, MO 64195)
13215784       +DSNB MACYS,    9111 DUKE BLVD,    MASON, OH 45040-8999
13229588       +Department Stores National Bank/American Express,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13229252       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13241043        Jefferson Univ. Hosp.,    c/o State Coll. Srv. Inc.,    2509 S. Stoughton Rd.,    PO Box 6250,
                 Madison, WI 53716-0250
13235000        NCEP, LLC, assignee of UNITED DEBT,    HOLDINGS, LLC,    c o Becket and Lee LLP,    POB 3001,
                 Malvern, PA 19355-0701
13215797       +TD BANK USA/TARGETCRED,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
13215798       +The Bureaus Inc.,    ATTENTION: BANKRUPTCY DEPT.,    1717 CENTRAL ST.,    EVANSTON, IL 60201-1507
13645455       +U.S. Bank N.A.,    c/o Andrew F. Gornall, Esq.,    KML Law Group P.C.,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13839176       +US Bank N.A.,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13215799       +US DEPT OF ED/GLELSI,    PO BOX 7860,    MADISON, WI 53707-7860
13243541        US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
13245385       +phila gas works,    800 w montgomery ave,3f,    phila,pa 19122-2898,    attn: bankruptcy unit

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:25      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2019 03:31:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2019 03:31:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 14 2019 03:31:44
                 American Honda Finance Corporation,    3625 W. Royal Lane, Suite 200,    Irving, TX  75063,
                 UNITED STATES
13215770        E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 14 2019 03:31:44      American Honda Finance,
                 PO BOX 168088,    IRVING, TX 75016
13225995        E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 14 2019 03:31:44
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
13220712        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 14 2019 03:36:56
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13215772       +E-mail/Text: bnc-applied@quantum3group.com Jun 14 2019 03:31:56      Applied Card Bank,
                 ATTENTION: BANKRUPTCY,    PO BOX 17125,    WILMINGTON, DE 19850-7125
13239510        E-mail/PDF: rmscedi@recoverycorp.com Jun 14 2019 03:26:01
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14106277       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 03:37:49
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
13215775       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 03:25:56      CAP ONE,
                 PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
13215776      ++E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 03:25:10      CAP ONE,
                 26525 N RIVERWOODS BLVD,    METTAWA, IL 60045-3440
13215777       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 03:25:12      CAP ONE NA,
                 PO BOX 26625,    RICHMOND, VA 23261-6625
13215781       +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 03:25:53      CECRB/Ikea,    ATTN: BANKRUPTCY,
                 PO BOX 103104,    ROSWELL, GA 30076-9104
13215782       +E-mail/Text: bk.notifications@jpmchase.com Jun 14 2019 03:30:59      CHASE AUTO,
                 ATTN:NATIONAL BANKRUPTCY DEPT,    PO BOX 29505,    PHOENIX, AZ 85038-9505
13215773       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 14 2019 03:25:18
                 Cach Llc/Square Two Financial,    ATTENTION: BANKRUPTCY,    4340 SOUTH MONACO ST.  2ND FLOOR,
                 DENVER, CO 80237-3485
13215774       +E-mail/Text: bankruptcy@cavps.com Jun 14 2019 03:31:54      Calvary Portfolio Services,
                 ATTENTION: BANKRUPTCY DEPARTMENT,    500 SUMMIT LAKE DR. SUITE 400,    VALHALLA, NY 10595-2321
```

```
District/off: 0313-2          User: Randi                 Page 2 of 3                   Date Rcvd: Jun 13, 2019
                              Form ID: 138NEW             Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13215779       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 03:25:58      Capital 1 Bank,
                 ATTN: BANKRUPTCY DEPT.,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
13251137       +E-mail/Text: bankruptcy@cavps.com Jun 14 2019 03:31:54      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13215785       +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 03:25:06      GECRB/ Old Navy,
                 ATTENTION:  GEMB,    PO BOX 103104,    ROSWELL, GA 30076-9104
13215786       +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 03:25:09      GECRB/ PayPal Buyer credit,
                 ATTN: BANKRUPTCY,    PO BOX 103104,    ROSWELL, GA 30076-9104
13215787       +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 03:25:30      GECRB/JC Penny,
                 ATTENTION:  BANKRUPTCY,    PO BOX 103104,    ROSWELL, GA 30076-9104
13215788       +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 03:25:31      GECRB/Walmart,   ATTN: BANKRUPTCY,
                 PO BOX 103104,    ROSWELL, GA 30076-9104
13215789       +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 03:25:30      Gemb/walmart,   ATTN: BANKRUPTCY,
                 PO BOX 103104,    ROSWELL, GA 30076-9104
13256566        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 14 2019 03:31:50      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13389545       +E-mail/Text: cdicicco@myphillybankruptcylawyer.com Jun 14 2019 03:30:39
                 Law Offices of Christian A. DiCicco,    2008 Chestnut Street,    Philadelphia, PA 19103-4535
13305007        E-mail/Text: bkr@cardworks.com Jun 14 2019 03:30:26      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13215791       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 14 2019 03:31:34      MIDLAND FUNDING,
                 8875 AERO DR STE 200,    SAN DIEGO, CA 92123-2255
13215790       +E-mail/Text: bkr@cardworks.com Jun 14 2019 03:30:26      Merrick Bk,    ATTN: BANKRUPTCY,
                 P.O. BOX 9201,    OLD BETHPAGE, NY 11804-9001
13215792       +E-mail/PDF: AIS.credigy.ebn@americaninfosource.com Jun 14 2019 03:25:15      NCEP LLC,
                 3715 DAVINCI CT STE 200,    NORCROSS, GA 30092-2749
13215793       +E-mail/Text: blegal@phfa.org Jun 14 2019 03:31:40      PA HOUSING FINANCE AGENCY,   PO BOX 8029,
                 HARRISBURG, PA 17105-8029
13215794        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 03:25:13
                 Portfolio Recovery,    ATTN: BANKRUPTCY,    PO BOX 41067,    NORFOLK, VA 23541
13280417        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 03:37:49
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13215795       +E-mail/PDF: pa_dc_claims@navient.com Jun 14 2019 03:25:38      S L M Financial Corp/Sallie Mae,
                 SALLIE MAE,    PO BOX 9500,    WILKES-BARRE, PA 18773-9500
13215796       +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 03:25:07      Sams Club / GEMB,
                 ATTENTION:  BANKRUPTCY DEPARTMENT,    PO BOX 103104,    ROSWELL, GA 30076-9104
13215800       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 14 2019 03:30:58      Victoria's Secret,
                 ATTENTION: BANKRUPTCY,    PO BOX 182125,    COLUMBUS, OH 43218-2125
                                                                                              TOTAL: 36

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13251140*       +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13251141*       +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13215780       ##+CBE GROUP,   131 TOWER PARK DRI,    WATERLOO, IA 50701-9374
                                                                                              TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Randi                Page 3 of 3                   Date Rcvd: Jun 13, 2019
                               Form ID: 138NEW            Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:

```
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTIAN A. DICICCO    on behalf of Debtor Frenkie P. Gulton
               cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com;r57075@notify.bestcase.com
              CHRISTIAN A. DICICCO    on behalf of Joint Debtor Satimah  Fnu
               cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com;r57075@notify.bestcase.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Frenkie P. Gulton and Satimah Fnu
        Debtor(s)                                     Bankruptcy No: 13−21035−amc
                                                             Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                          900 Market Street
                             Suite 400
                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                          For The Court
                                                           Timothy B. McGrath
                                                            Clerk of Court

Dated: 6/13/19

                                                                                                                    74 − 73
                                                                                         Form 138_new