United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-21035-amc
Frenkie P. Gulton                                                  Chapter 13
Satimah Fnu
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2          Date Rcvd: Jul 05, 2019
                              Form ID: 3180W       Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2019.
db/jdb        +Frenkie P. Gulton,   Satimah Fnu,   1733 S. Dover Street,   Philadelphia, PA 19145-1619
13310993      +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
13229588      +Department Stores National Bank/American Express,   Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
13241043       Jefferson Univ. Hosp.,   c/o State Coll. Srv. Inc.,   2509 S. Stoughton Rd.,   PO Box 6250,
               Madison, WI 53716-0250
13243541       US Dept of Education,   Claims Filing Unit,   PO Box 8973,   Madison, WI 53708-8973
13245385      +phila gas works,   800 w montgomery ave,3f,   phila,pa 19122-2898,   attn: bankruptcy unit

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jul 06 2019 00:12:49     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 06 2019 00:12:25
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 06 2019 00:12:37     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13225995       EDI: HNDA.COM Jul 06 2019 04:13:00     American Honda Finance Corporation,
               National Bankruptcy Center,   P.O. Box 168088,   Irving, TX 75016-8088,   866-716-6441
13220712       EDI: AIS.COM Jul 06 2019 04:13:00     American InfoSource LP as agent for,
               Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
13239510       EDI: RECOVERYCORP.COM Jul 06 2019 04:13:00     Bureaus Investment Group Portfolio No 15 LLC,
               c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14106277      +EDI: PRA.COM Jul 06 2019 04:13:00     Bureaus Investment Group Portfolio No 15 LLC,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
13251137      +E-mail/Text: bankruptcy@cavps.com Jul 06 2019 00:12:35     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13229252      +EDI: TSYS2.COM Jul 06 2019 04:13:00     Department Stores National Bank/Macys,
               Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
13256566       EDI: JEFFERSONCAP.COM Jul 06 2019 04:13:00     Jefferson Capital Systems LLC,   Po Box 7999,
               Saint Cloud Mn 56302-9617
13389545      +E-mail/Text: cdicicco@myphillybankruptcylawyer.com Jul 06 2019 00:12:11
               Law Offices of Christian A. DiCicco,   2008 Chestnut Street,   Philadelphia, PA 19103-4535
13305007       EDI: MERRICKBANK.COM Jul 06 2019 04:13:00     MERRICK BANK,   Resurgent Capital Services,
               PO Box 10368,   Greenville, SC 29603-0368
13235000       EDI: BL-BECKET.COM Jul 06 2019 04:13:00     NCEP, LLC, assignee of UNITED DEBT,   HOLDINGS, LLC,
               c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13215793      +E-mail/Text: blegal@phfa.org Jul 06 2019 00:12:32     PA HOUSING FINANCE AGENCY,   PO BOX 8029,
               HARRISBURG, PA 17105-8029
13280417       EDI: PRA.COM Jul 06 2019 04:13:00     Portfolio Recovery Associates, LLC,   POB 41067,
               Norfolk VA 23541
                                                                                   TOTAL: 15


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13251140*     +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13251141*     +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2019                          Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Jul 05, 2019
                              Form ID: 3180W           Total Noticed: 21
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 4, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              CHRISTIAN A. DICICCO    on behalf of Debtor Frenkie P. Gulton
               cdicicco@myphillybankruptcylawyer.com,  christianadicicco@gmail.com;r57075@notify.bestcase.com
              CHRISTIAN A. DICICCO    on behalf of Joint Debtor Satimah  Fnu
               cdicicco@myphillybankruptcylawyer.com,  christianadicicco@gmail.com;r57075@notify.bestcase.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                     TOTAL: 10
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Frenkie P. Gulton** | Social Security number or ITIN   **xxx–xx–3767** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Satimah Fnu** | Social Security number or ITIN   **xxx–xx–9929** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **13–21035–amc**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frenkie P. Gulton                                   Satimah Fnu

<u>7/4/19</u>                                   **By the court:**          <u>Ashely M. Chan</u>
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**